NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Andrew B. Chen, Esq. (SBN 210421)
LKP GLOBAL LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, CA 90067
Tel: (424) 239-1890
Fax: (424) 239-1882

ATTORNEY(S) FOR: Plaintiff MARCUS HEDGPETH

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HEDGPETH, an individual,<br><br>Plaintiff(s),<br>v.<br>CITY OF SAN JUAN CAPISTRANO, JULIE RYAN-JOHNSON, an individual, BONNIE DAVIS, an individual,<br><br>Defendant(s) | CASE NUMBER:<br>8:19-cv-02275<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Marcus Hedgpeth_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marcus Hedgpeth | Plaintiff |
| City of San Juan Capistrano | Defendant |
| Julie Ryan-Johnson | Defendant |
| Bonnie Davis | Defendant |

November 20, 2019         /s/ Andrew B. Chen
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MARCUS HEDGPETH