imaginEdwin J. Richards (SBN 43855)
Antoinette P. Hewitt (SBN 181099)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Edwin.Richards@KutakRock.com
Email: Antoinette.Hewitt@KutakRock.com

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

Attorneys for Defendants
CITY OF SAN JUAN CAPISTRANO, JULIE
RYAN-JOHNSON, and BONNIE DAVIS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HEDGPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO, JULIE RYAN-JOHNSON, an individual, BONNIE DAVIS, an individual,<br><br>Defendants. | Case No. 8:19-cv-02275-JVS-ADS<br><br>Assigned to<br>District Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Autumn D. Spaeth<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed: November 21, 2019 |

On June 17, 2020, the Court granted with prejudice the Motion of Defendants CITY OF SAN JUAN CAPISTRANO, JULIE RYAN-JOHNSON, AND BONNIE DAVIS [collectively, "City Defendants'"] to Dismiss Plaintiff MARCUS HEDGPETH's Complaint. The Court dismissed Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure section 12(b)(6) with prejudice and without oral argument pursuant to Federal Rules of Civil Procedure 78; Local Rule 7-15.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 1 -                                        8:19-cv-02275-JVS-ADS
JUDGMENT OF DISMISSAL
4811-3061-2928.1

1    Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

2  the above-captioned action is dismissed as to City Defendants and that a Judgment

3  of Dismissal be entered in favor of City Defendants, and each of them, and against

4  Plaintiff.  Plaintiff is awarded nothing in this action against City Defendants or either

5  of them.

6    **IT IS SO ORDERED.**

7

8  Dated: August 07, 2020

9                                            HON. JAMES V. SELNA

10                                           United States District Judge

Kutak Rock LLP
Attorneys At Law
Irvine

- 2 -                          8:19-cv-02275-JVS-ADS

JUDGMENT OF DISMISSAL

4811-3061-2928.1